PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:01CR00282-02 |
| ) | |
| Tharak SUN ) | |
| ) | |

On January 9, 2002, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS**
**United States Probation Officer**

Dated:   September 22, 2005
             Elk Grove, California
             RWE:kms

**REVIEWED BY:**     /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Tharak SUN**
      **Docket Number:   2:01CR00282-02**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date:  September 22, 2005

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RWE:ks
Attachment:   Recommendation

cc:   Laura Ferris, Assistant United States Attorney